# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hammond, Mary E. | US BANKRUPTCY COURT - NORTHERN DISTRICT OF CALIFORNIA | 08/29/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| BANKRUPTCY JUDGE (FULL-TIME) | ☐ Nomination  Date<br>☑ Initial  ☐ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>07/31/2012 |

**7. Chambers or Office Address**

1300 CLAY STREET
COURTROOM 215
OAKLAND, CA 94612

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. LIMITED PARTNER | FRIEDMAN DUMAS & SPRINGWATER, LLP |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2011 | FRIEDMAN DUMAS & SPRINGWATER, LLP AGREEMENT, RESIGNED 12/31/2011 |
| 2. 2011 | FRIEDMAN DUMAS & SPRINGWATER, LLP AGREEMENT, WITHDRAWN 06/30/2012 |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hammond, Mary E. | 08/29/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | FRIEDMAN DUMAS & SPRINGWATER, LLP PARTNERSHIP INCOME | $293,604.00 |
| 2. 2011 | FRIEDMAN DUMAS & SPRINGWATER, LLP PARTNERSHIP INCOME | $159,322.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | SALARY AT APPLE, INC. |
| 2. 2011 | SALARY AT APPLE INC. |
| 3. 2012 | SALARY AT APPLE INC. |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | EXEMPT | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hammond, Mary E. | 08/29/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | EXEMPT | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hammond, Mary E. | 08/29/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. WELLS FARGO CHECKING ACCOUNT | A | Interest | J | T | Exempt | | | | |
| 2. ALLY BANK CD | A | Interest | | | Exempt | | | | |
| 3. APPLE STOCK (COMMON) | | None | O | T | Exempt | | | | |
| 4. 401K #1 | C | Dividend | N | T | Exempt | | | | |
| 5. - THIRD AVENUE REAL ESTATE VALUE INSTL | | | | | Exempt | | | | |
| 6. - VANGUARD WINDSOR II ADM | | | | | Exempt | | | | |
| 7. - VANGUARD INSTITUTIONAL INDEX INSTL PL | | | | | Exempt | | | | |
| 8. - VANGUARD TOTAL STOCK MARKET INDEX INSTL | | | | | Exempt | | | | |
| 9. - FIDELITY CONTRAFUND | | | | | Exempt | | | | |
| 10. - NUVEEN NWQ SMALL CAP VALUE I | | | | | Exempt | | | | |
| 11. - VANGUARD SMALL CAP INDEX INSTL | | | | | Exempt | | | | |
| 12. - VANGUARD EXPLORER / ADMRL | | | | | Exempt | | | | |
| 13. - DODGE & COX INTERNATIONAL STOCK | | | | | Exempt | | | | |
| 14. - VANGUARD DEVELOPED MARKETS INDEX INSTL | | | | | Exempt | | | | |
| 15. 401K #2 | A | Dividend | | | Exempt | | | | |
| 16. - AMERICAN CENTURY REAL ESTATE CLASS A | | | | | Exempt | | | | |
| 17. - DREYFUS EMERGING MARKETS CLASS A | | | | | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hammond, Mary E. | 08/29/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - HARBOR INTERNAL INV | | | | | Exempt | | | | |
| 19. - LAZARD EMERGING MARKETS EQUITY OPEN | | | | | Exempt | | | | |
| 20. - NATIONWIDE SMALL CAP INDEX A | | | | | Exempt | | | | |
| 21. - FRANKLIN MUTUAL BEACON CLASS A | | | | | Exempt | | | | |
| 22. - JPMORGAN MID CAP VALUE A | | | | | Exempt | | | | |
| 23. - T ROWE PRICE MID-CAP VALUE | | | | | Exempt | | | | |
| 24. - AMERICAN FUNDS GROWTH FUND OF AMER R3 | | | | | Exempt | | | | |
| 25. - NATIONWIDE S&P 500 INDEX INSTL | | | | | Exempt | | | | |
| 26. - PIONEER HIGH YIELD A | | | | | Exempt | | | | |
| 27. - PIONEER STRATEGIC INCOME A | | | | | Exempt | | | | |
| 28. -PRINCIPAL HIGH YIELD A | | | | | Exempt | | | | |
| 29. - WELLS FARGO ADVANTAGE GOVERNMENT SEC INV | | | | | Exempt | | | | |
| 30. IRA #1 | A | Dividend | K | T | Exempt | | | | |
| 31. - COLUMBIA ACORN CLASS Z | | | | | Exempt | | | | |
| 32. - FIDELITY CANADA | | | | | Exempt | | | | |
| 33. - MERIDIAN VALUE FUND | | | | | Exempt | | | | |
| 34. - MATTHEWS INDIA FUND | | | | | Exempt | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hammond, Mary E. | 08/29/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IRA #2 | A | Dividend | K | T | Exempt | | | | |
| 36. -CLIPPER | | | | | Exempt | | | | |
| 37. - FIDELITY REAL ESTATE INVESTMENT | | | | | Exempt | | | | |
| 38. - RBC MICROCAP VALUE FUND CLASS S | | | | | Exempt | | | | |
| 39. IRA #3 | A | Dividend | K | T | Exempt | | | | |
| 40. - FIDELITY STOCK SELECTOR LARGE CAP VALUE | | | | | Exempt | | | | |
| 41. - FIDELITY MID CAP VALUE | | | | | Exempt | | | | |
| 42. - FIDELITY MAGELLAN | | | | | Exempt | | | | |
| 43. - FIDELITY LOW PRICED STOCK | | | | | Exempt | | | | |
| 44. - PERKINS SMALL CAP VALUE CLASS T | | | | | Exempt | | | | |
| 45. IRA #4 | B | Dividend | N | T | Exempt | | | | |
| 46. - FIDELITY CASH RESERVES | | | | | Exempt | | | | |
| 47. - DODGE & COX STOCK | | | | | Exempt | | | | |
| 48. - DREYFUS SMALL CAP STOCK INDEX | | | | | Exempt | | | | |
| 49. - FIDELITY DIVERSIFIED INTERNATIONAL | | | | | Exempt | | | | |
| 50. - FIDELITY MID CAP STOCK | | | | | Exempt | | | | |
| 51. - FIDELITY VALUE | | | | | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hammond, Mary E. | 08/29/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - MERIDIAN VALUE FUND | | | | | Exempt | | | | |
| 53. - FIDELITY CONTRAFUND | | | | | Exempt | | | | |
| 54. - FIDELITY STRATEGIC DIVIDEND & INCOME | | | | | Exempt | | | | |
| 55. - FIDELITY STRATEGIC INCOME | | | | | Exempt | | | | |
| 56. IRA #5 | A | Dividend | J | T | Exempt | | | | |
| 57. - FIDELITY DIVERSIFIED INTERNATIONAL | | | | | Exempt | | | | |
| 58. IRA #6 | A | Dividend | J | T | Exempt | | | | |
| 59. - NOVO NORDISK A/S ADR FKA NOVO INDUSTRIES | | | | | Exempt | | | | |
| 60. LIFE INSURANCE POLICY #1 | A | Int./Div. | K | T | Exempt | | | | |
| 61. - MAINSTAY VP JANUS BALANCED PORTFOLIO - INITIAL CLASS | | | | | Exempt | | | | |
| 62. - MAINSTAY VP S&P 500 INDEX | | | | | Exempt | | | | |
| 63. - FIDELITY VIP CONTRAFUND | | | | | Exempt | | | | |
| 64. | | | | | | | | | |
| 65. | | | | | | | | | |
| 66. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hammond, Mary E. | 08/29/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Mary E. Hammond**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544